**HILL, FARRER & BURRILL LLP**
JAMES A. BOWLES (Bar No. 058833)
jbowles@hillfarrer.com
E. SEAN McLOUGHLIN (Bar No. 174076)
smcloughlin@hillfarrer.com
300 South Grand Ave
37th Floor - One California Plaza
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460

Attorneys for Defendant
BROOK FURNITURE RENTAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETA FREIGHTMAN,<br><br>Plaintiff,<br><br>vs.<br><br>BROOK FURNITURE RENTAL, INC., et al.,<br><br>Defendants. | CASE NO. C05-00682 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING COMPLIANCE WITH FED. R. CIV. P. 26 AND LOCAL RULES UNTIL COURT HAS RULED ON PENDING MOTION FOR STAY**<br><br>Ctrm.: 10<br>Judge: Hon. Susan Illston |

WHEREAS, defendant Brook Furniture Rental, Inc. has filed an appeal from the Court's April 5, 2005 Order denying Brook's motion to compel arbitration and stay the action;

WHEREAS, defendant Brook Furniture Rental, Inc. has filed a motion asking this Court to stay further litigation pending the resolution of its pending appeal, and that motion is set for hearing on July 8, 2005;

WHEREAS, the Federal Rules of Civil Procedure and Northern District Local Rules would otherwise require the parties to engage in the early meeting of counsel, initial disclosures and preparation and filing of a joint report before July 8, 2005;

WHEREAS, neither party wishes to engage in trial court litigation of this case if it is to be later stayed pending the appeal, and a decision on the motion to stay will not be made by this Court until after July 8, 2005;

STIPULATION AND [PROPOSED] ORDER CONTINUING COMPLIANCE WITH FED.R.CIV. P. 26 AND LOCAL RULES, ETC.

1   THEREFORE, the parties, by and through their respective attorneys of record,
2   have stipulated to, and jointly apply to and request the Court to order, the following brief
3   continuance of the parties' obligations under Federal Rule 26 and the applicable Local
4   Rules. Counsel for the parties have conducted the early meeting of counsel pursuant to
5   Federal Rule 26. The parties and their counsel request to continue until August 1, 2005
6   the exchange of initial disclosures and the preparation of a joint report. In addition, the
7   parties request that the Case Management Conference, currently scheduled for June 17,
8   2005 at 2:00 p.m., should be continued to August 5, 2005 at 2:00 p.m.

9   DATED: May 31, 2005        HILL, FARRER & BURRILL LLP

By: _____
JAMES A. BOWLES
Attorneys for Defendant
BROOK FURNITURE RENTAL, INC.

DATED: 6/2, 2005              BYERS, BELL & WARRICK

By: _____
CURTIS E. ALLEN
Attorneys for Plaintiff
GRETA FREIGHTMAN

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

- 2 -
STIPULATION AND [PROPOSED] ORDER CONTINUING COMPLIANCE WITH FED.R.CIV. P. 26 AND LOCAL RULES, ETC.

## ORDER

IT IS HEREBY ORDERED THAT, pursuant to the stipulation of the parties, the applicable Local Rules and Federal Rule 26(f) and good cause appearing, the date for the parties to comply with the early meeting of counsel required by those rules is continued until August 1, 2005 and any related obligations shall be performed within the time permitted by the applicable Rules following the continued early meeting of counsel. The Case Management Conference shall be continued to August 5, 2005 at 2:00 p.m.

HFB 591721.2 B6999004

UNIT

IT IS SO ORDERED
Judge Susan Illston

- 3 -

STIPULATION AND [PROPOSED] ORDER CONTINUING COMPLIANCE WITH FED.R.CIV. P. 26 AND LOCAL RULES, ETC.