CURTIS E. ALLEN, ESQ. (STATE BAR NO. 187748)
BYERS, BELL & WARRICK
760 Market, Suite 714
San Francisco, CA 94102
Telephone: (415) 357-0111
Fax: (415) 705-0111
e-mail: CurtisAllen@BayAreaJustice.com

Attorneys for Plaintiff

GRETA FREIGHTMAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETA FREIGHTMAN,<br><br>                     Plaintiff<br><br>          vs.<br><br>BROOK FURNITURE RENTAL, INC.; DOES 1 THROUGH 20, INCLUSIVE,<br><br>                     Defendants. | Case No.:  C05-00682 SI<br><br>STIPULATED DISMISSAL OF ACTION PURSUANT TO FEDERAL RULES OF CIVIL POROCEDURE RULE 41(a)<br><br>August 3, 2005<br><br>Hon. Susan Illston |

Plaintiff GRETA FREIGHTMAN and Defendant BROOK FURNITURE RENTAL, INC., by and through their attorneys of record, hereby stipulate as follows:

1. The above-captioned action shall be and is hereby dismissed in its entirety as against Defendant BROOK FURNITURE RENTAL, INC.

2. Each party shall and hereby agrees to bear their own costs and attorneys fees associated with the above-captioned action.

3. This Stipulated Dismissal of Action is made pursuant to Federal Rules of Civil

1

STIPULATED DISMISSAL OF ACTION (C05-00682 SI)

Procedure Rule 41(a) and with prejudice.

August 3, 2005                          BYERS & WARRICK


                                        _____
                                        CURTIS E. ALLEN, ESQ., Attorney for
                                        PLAINTIFF GRETA FREGHTMAN


August 3, 2005                          HILL FARRER & BURRILL LLP


                                        _____
                                        JAMES A. BOWLES, ESQ., Attorney for
                                        Defendant BROOK FURNITURE RENTAL, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GRANTED

Judge Susan Illston

2

STIPULATED DISMISSAL OF ACTION (C05-00682 SI)